

**Richard P. Haber, Esq.**
420 Lexington Avenue, Suite 840
New York, New York 10170
rich.haber@mccalla.com
Direct: 732-902-5387
Mobile: 908-507-5357
www.mccalla.com

| ALABAMA | NEVADA |
|---|---|
| CALIFORNIA | NEW JERSEY |
| CONNECTICUT | NEW YORK |
| FLORIDA | OHIO |
| GEORGIA | OREGON |
| ILLINOIS | TEXAS |
| KENTUCKY | WASHINGTON |
| MISSISSIPPI | |

November 30, 2022

*<u>Via CM/ECF</u>*
Hon. Nicholas G. Garaufis, U.S.D.J
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:  Nissan Motor Acceptance Corporation v. Nemet Motors, LLC, et al.**
           <u>**Civil Action No.: 1:19-cv-03284-NGG-CLP**</u>

Dear Judge Garaufis:

On May 5, 2022, Your Honor appointed me as receiver in connection with the real property at issue in this matter (ECF Nos. 52, 52-1). As the Court may recall, the subject properties had been under contract for sale since on or about March 14, 2022, and it was anticipated that a closing would occur and plaintiff's mortgages would be paid in full. On September 9, 2022, I informed the Court that the properties were no longer under contract and I was working with the defendants to get the property re-marketed. (ECF No. 59).

I am pleased to report that the renewed marketing efforts have yielded multiple offers for the property and we anticipate entering into a contract for sale in the upcoming days. I look forward to providing details and further updating the Court at the yet-to-be-scheduled upcoming conference. (ECF No. 63 and Text Order dated November 22, 2022, granting the parties' joint request for a case management conference).

Please let me know if there are any questions in the interim.

                      Respectfully submitted,
               McCalla Raymer Leibert Pierce, LLC

            By:_____
                   Richard P. Haber, Esq.

RPH/hr
cc: All counsel via CM/ECF

McCalla Raymer Leibert Pierce, LLC| A Limited Liability Company Formed in the State of Georgia
New York Managing Attorneys: Richard P. Haber, Esq. | Anthony J. Risalvato, Esq.
420 Lexington Avenue, Suite 840, New York, New York 10170 | P: (347)286-7409 | F: (732) 902-5398 | www.mccalla.com